# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DANIEL JAMES TREBAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOHN DeMORALES, Director,<br><br>　　　　　Respondent. | No. CV 08-2028-JHN (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation filed herein and petitioner's objections. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.
2. Judgment shall be entered consistent with this order.
3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: May 7, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
HONORABLE JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE