# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DANIEL JAMES TREBAS, | No. CV 08-2028-JHN (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JOHN DeMORALES, Director, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: May 7, 2010

_____
HONORABLE JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE